CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 26 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MATTHEW ONEAL WALL, | CASE NO. 7:12CV00020 |
| Plaintiff, | |
| | FINAL ORDER |
| vs. | |
| NURSE RICKY NEICE, ET AL., | By: James C. Turk |
| | Senior United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), plaintiff's pending motions for transfer and for appointment of counsel (ECF Nos. 12, 18, 19 & 20) are **DENIED**, and this action is stricken from the active docket of the court.

ENTER: This 26th day of March, 2012.

/s/ James C. Turk
Senior United States District Judge